FILED
CLERK, U.S. DISTRICT COURT

12/6/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:21-cr-00560-PA |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| CHARLES STEWART WHITE, JR., | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A.    INTRODUCTORY ALLEGATIONS

1.    At times relevant to this Information:

a.    Defendant CHARLES STEWART WHITE, JR. lived in Camarillo, California, with his wife.

b.    Defendant WHITE worked at a company located in and doing business from Moorpark, California ("Employer").  One of defendant WHITE's job responsibilities was to purchase, and supervise the purchase of, products from vendors in China on Employer's behalf.

c.    Employer controlled an account at Union Bank, which Employer used to initiate wire transfers to pay for products Employer

1  purchased from vendors located in China, including products defendant

2  WHITE ordered.

3  B.     THE SCHEME TO DEFRAUD

4        2.     Beginning on a date unknown, but no later than in or about

5  July 2012, and continuing through approximately May 20, 2015, in

6  Ventura County, within the Central District of California, and

7  elsewhere, defendant WHITE, knowingly and with intent to defraud,

8  devised, participated in, and executed a scheme to defraud Employer

9  as to material matters, and to obtain money and property from

10 Employer by means of material false and fraudulent pretenses,

11 representations, and promises, and the concealment of material facts.

12       3.     The fraudulent scheme operated, in substance, in the

13 following manner:

14            a.     Without Employer's knowledge or consent, defendant

15 WHITE agreed with representatives of certain vendors in China that

16 when defendant WHITE purchased products from the vendors on behalf of

17 Employer, the vendors would pay defendant WHITE a secret illegal

18 payment based on a percentage of the amount of money Employer would

19 pay the vendors for the ordered products.

20            b.     Thereafter, defendant WHITE would knowingly cause the

21 vendors to submit invoices to Employer that contained material false

22 representations and pretenses, including the false representation and

23 pretense that the full amount billed to Employer was the cost of the

24 items listed on the invoices.  In fact, as defendant WHITE then knew,

25 the amounts on the vendors' invoices were inflated and a portion of

26 the amount billed would be used to cover the secret illegal payments

27 to defendant WHITE which defendant WHITE had arranged with the

28 vendors in advance to receive.

1              c.    Employer often paid the false invoices by making

2    international wire transfers from Employer's Union Bank account to

3    accounts in China designated by the vendors.  After Employer paid the

4    vendors on the invoices, the vendors, from their locations in China,

5    would pay the pre-arranged applicable secret illegal payment amounts

6    to defendant WHITE by sending funds to:

7              i.   an account in Hong Kong defendant WHITE and his

8    wife controlled; and

9              ii.  an account in China in the name of a relative of

10   defendant WHITE's wife.

11       4.    As a result of the fraudulent scheme, defendant WHITE

12   caused the Employer to pay a total of approximately $278,072 to four

13   vendors under the false pretense that the money was being used to pay

14   for products obtained from the vendors when in fact it was being used

15   to fund defendant WHITE's secret illegal payments.  The Employer

16   sustained a loss of at least $278,072, which the Employer was made to

17   believe was part of the cost of the products it was obtaining when in

18   fact it was used to fund defendant WHITE's secret illegal payments.

19   C.   THE USE OF THE WIRES

20       5.    On or about May 13, 2015, in Ventura County, within the

21   Central District of California, and elsewhere, defendant WHITE, for

22   the purpose of executing the above-described scheme to defraud,

23   transmitted, and caused the transmission of, an item by international

24   wire and radio communication in interstate and foreign commerce,

25   namely, an international wire transfer of approximately $124,912.85

26   from Employer's Union Bank account to an account at Bank of China,

27   //

28

3

in China, for, among other things, payment of the amount billed on a vendor's invoice number 30217, which amount included money to pay a secret illegal payment to defendant WHITE.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section